1
2
3 **JS−6**
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CARMEN JOHN PERRI | CASE NO:
| | 2:20−cv−08669−FMO−KS
12 | Plaintiff(s), |
13 | v. | **ORDER DISMISSING ACTION**
| | **WITHOUT PREJUDICE**
14 | GM WOOSTER INVESTMENT LLC , et al. |
15
16 | Defendant(s). |
17
18

19   Having been advised by counsel that the above−entitled action has been settled,

20 IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

21 and without prejudice to the right, upon good cause shown within 45 **days from the**

22 **filing date of this Order**, to re−open the action if settlement is not consummated.

23 The court retains full jurisdiction over this action and this Order shall not prejudice

24 any party to this action.

25   **IT IS SO ORDERED.**

26

27 DATED: November 17, 2020          /s/ *Fernando M. Olguin*
                                      Fernando M. Olguin
28                                    United States District Judge